*Supreme Linen Services, Inc. v.*
*United States of America* **(11th Cir. – No. 26-11299)**

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE**

**DISCLOSURE STATEMENT**

**C-1 of 2**

Counsel for the United States of America, appellee herein, hereby certifies, pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, that the following persons have an interest in the outcome of this appeal or have participated in this case as attorneys or judges:

Becerra, Jacqueline, United States District Court Judge

Causey IV, Daniel B., attorney for Defendant-Appellee

Haungs, Michael J., Director, Appellate Section, U.S. Department of Justice, Civil Division, Tax Litigation Branch

Klimas, Geoffrey J., attorney for Defendant-Appellee

Lapekas, Karen J., attorney for Plaintiff-Appellant

Lapekas Law, P.A.

Reding Quinones, Jason A., U.S. Attorney for the Southern District of Florida

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE**

**DISCLOSURE STATEMENT**

**C-2 of 2**

Supreme Linen Services, Inc., Plaintiff-Appellant

Wu, Joshua, Deputy Assistant Attorney General, U.S. Department

of Justice, Civil Division, Tax Litigation Branch